

**KLESTADT
WINTERS
JURELLER
SOUTHARD &
STEVENS, LLP**

200 WEST 41ST STREET
17TH FLOOR
NEW YORK, NY 10036-7203
TELEPHONE (212) 972-3000
TELEFAX (212) 972-2245
WWW.KLESTADT.COM

SEAN C. SOUTHARD
*PARTNER*
DIRECT: (212) 679-5320
EMAIL: SSOUTHARD@KLESTADT.COM

January 6, 2025

*Via ECF*
United States District Court
Southern District of New York

Re: <u>Statement of Discipline Request – 1:25-MC-3</u>

To Whom it May Concern:

My name is Sean C. Southard and I'm writing to request a Statement of Discipline within the United States District Court, Southern District of New York. I was admitted to practice before this Court on March 27, 2001, my NYS bar number is 3924610, and my SDNY Attorney ID number is SS2825.

Yours truly,

Sean C. Southard

Encl.