**Requests for Statement of Discipline**

Elizabeth Donohoe

767 3rd Avenue, Suite 2501

New York, NY 10017

edonohoe@thebrownlawfirm.net

973-897-3177

SDNY Admission Date: 8/13/2024

NYS Bar Number: 6142004