

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAURA TAYLOR SWAIN
*Chief Judge*

Tammi M. Hellwig
*Clerk of Court*

# REQUEST FOR A STATEMENT OF DISCIPLINE

**File this request form in miscellaneous case number 1:24-mc-527**

**ATTORNEY INFORMATION:**

Full Name: __Mary Eaton__

Business Address: __Freshfields US LLP, 3 World Trade Center, 175 Greenwich Street, 51st. Fl, NY, NY 10007__

E-mail Address: __mary.eaton@freshfields.com__

Phone Number: __212-508-8821__

SDNY Admission Date: __03/03/1998__

SDNY Bar Number: __ME3974__

NYS Bar Number (if applicable): __2852911__

SIGNATURE OF ATTORNEY: __/s/Mary Eaton__

Note: Please attach this PDF to your Statement of Discipline request. Additionally, the fee must be paid via Pay.gov as part of the event request. For assistance with submitting this document, please refer to our website for detailed instruction.

THE HON. CHARLES L. BRIEANT JR.
FEDERAL BUILDING AND COURTHOUSE
300 QUARROPAS STREET
WHITE PLAINS, NY 10601-4150

THE DANIEL PATRICK MOYNIHAN
UNITED STATES COURTHOUSE
500 PEARL STREET, ROOM 820
NEW YORK, NY 10007-1312

THE THURGOOD MARSHALL
UNITED STATES COURTHOUSE
40 FOLEY SQUARE
NEW YORK, NY 10007