

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAURA TAYLOR SWAIN
*Chief Judge*

DANIEL ORTIZ
*Acting Clerk of Court*

# REQUEST FOR A STATEMENT OF DISCIPLINE
### File this request form in miscellaneous case number 1:24-mc-527

**ATTORNEY INFORMATION:**

Full Name: _____

Business Address: _____

E-mail Address: _____

Phone Number: _____

SDNY Admission Date: _____

SDNY Bar Number: _____

NYS Bar Number (if applicable): _____

SIGNATURE OF ATTORNEY: _[signature]_____

Note: Please attach this PDF to your Statement of Discipline request. Additionally, the fee must be paid via Pay.gov as part of the event request. For assistance with submitting this document, please refer to our website for detailed instruction.

THE HON. CHARLES L. BRIEANT JR.
FEDERAL BUILDING AND COURTHOUSE
300 QUARROPAS STREET
WHITE PLAINS, NY 10601-4150

THE DANIEL PATRICK MOYNIHAN
UNITED STATES COURTHOUSE
500 PEARL STREET, ROOM 820
NEW YORK, NY 10007-1312

THE THURGOOD MARSHALL
UNITED STATES COURTHOUSE
40 FOLEY SQUARE
NEW YORK, NY 10007