

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAURA TAYLOR SWAIN
*Chief Judge*

Tammi M. Hellwig
*Clerk of Court*

File this request form in miscellaneous case number 1:24-mc-527

## ATTORNEY INFORMATION:

Full Name: **Joseph Jeziorkowski**

Business Address: **2 Westchester Park Dr., Ste. 205, White Plains, New York 10604**

E-mail Address: **jjj@valiantlaw.com**

Phone Number: **914-730-2422**

SDNY Admission Date: **June 5, 2012**

SDNY Bar Number: **JJ9190**

NYS Bar Number (if applicable): **4902623**

SIGNATURE OF ATTORNEY: _[signature]_

THE HON. CHARLES L. BRIEANT JR.
FEDERAL BUILDING AND COURTHOUSE
300 QUARROPAS STREET
WHITE PLAINS, NY 10601-4150

THE DANIEL PATRICK MOYNIHAN
UNITED STATES COURTHOUSE
500 PEARL STREET, ROOM 820
NEW YORK, NY 10007-1312

THE THURGOOD MARSHALL
UNITED STATES COURTHOUSE
40 FOLEY SQUARE
NEW YORK, NY 10007